435 A.2d 646

Commonwealth v. Wright, Appellant.

Submitted December 5, 1980. Elaine De Masse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, SHERTZ and WIEAND, JJ.

Adjudication of delinquency affirmed.